UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| JENNIFER R. NOLTING, ) | Case No. 05-11087 | |
| ) | | |
| Debtor. ) | Hon. JACQUELINE P. COX | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, IL

   On: **November 1, 2007**      Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $9,065.79 |
   | Disbursements | $0.00 |
   | Net Cash Available for Distribution | $9,065.79 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE<br>*Trustee Fees and Expenses* | $0.00 | $1,656.58 | $42.35 |
| UNGARETTI & HARRIS LLP<br>*Attorney for Trustee Fees and Expenses* | $0.00 | $2,524.50 | $134.89 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $6,565.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 72.69% .

Allowed general unsecured claims which were timely filed are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Bank Of America Na | $6,475.82 | $4,707.47 |

Allowed general unsecured claims which were not timely filed and will not received a distribution are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | University Of Anesthesiologists | $90.00 | $0.00 |

2

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the KENNETH S. GARDNER, CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Debtor has received a discharge order.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| REAL PROPERTY - 1956 Jamestown Dr., Palatine, IL | $145,000.00 |
| CASH ON HAND | $50.00 |
| CHECKING ACCOUNT (Baxter Credit Union) | $2,639.00 |
| HOUSEHOLD GOODS | $750.00 |
| WEARING APPAREL | $400.00 |
| FURS AND JEWELRY (Jewelry) | $300.00 |
| INSURANCE POLICIES (Whole life policy) | $400.00 |
| RETIREMENT PLANS (IRA) | $18,503.39 |
| VEHICLES (1994 Pontiac GrandAm) | $1,200.00 |

Dated: **October 9, 2007**              For the Court,

By:  **KENNETH S. GARDNER**
     KENNETH S. GARDNER
     CLERK OF THE COURT

Trustee:     R. Scott Alsterda
Address:    3500 Three First National Plaza
            70 West Madison Avenue
            Chicago, IL  60602-4283
Phone No.:  (312) 977-4400
Fax No.:    (312) 977-4405