UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| JENNIFER R. NOLTING, ) | Case No. 05-11087 | |
| ) | | |
| Debtor. ) | Hon. JACQUELINE P. COX | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, IL

    On: **November 1, 2007**      Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                $9,065.79

    Disbursements                                                           $0.00

    Net Cash Available for Distribution                                     $9,065.79

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE<br>*Trustee Fees and Expenses* | $0.00 | $1,656.58 | $42.35 |
| UNGARETTI & HARRIS LLP<br>*Attorney for Trustee Fees and Expenses* | $0.00 | $2,524.50 | $134.89 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $6,565.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 72.69% .

Allowed general unsecured claims which were timely filed are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Bank Of America Na | $6,475.82 | $4,707.47 |

Allowed general unsecured claims which were not timely filed and will not received a distribution are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | University Of Anesthesiologists | $90.00 | $0.00 |

2

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the KENNETH S. GARDNER, CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Debtor has received a discharge order.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| REAL PROPERTY - 1956 Jamestown Dr., Palatine, IL | $145,000.00 |
| CASH ON HAND | $50.00 |
| CHECKING ACCOUNT (Baxter Credit Union) | $2,639.00 |
| HOUSEHOLD GOODS | $750.00 |
| WEARING APPAREL | $400.00 |
| FURS AND JEWELRY (Jewelry) | $300.00 |
| INSURANCE POLICIES (Whole life policy) | $400.00 |
| RETIREMENT PLANS (IRA) | $18,503.39 |
| VEHICLES (1994 Pontiac GrandAm) | $1,200.00 |

Dated: **October 9, 2007**          For the Court,

By:  **KENNETH S. GARDNER**
     KENNETH S. GARDNER
     CLERK OF THE COURT

Trustee:     R. Scott Alsterda
Address:    3500 Three First National Plaza
            70 West Madison Avenue
            Chicago, IL  60602-4283
Phone No.:  (312) 977-4400
Fax No.:    (312) 977-4405

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                   Page 1 of 2                Date Rcvd: Oct 09, 2007
Case: 05-11087                    Form ID: pdf002               Total Served: 49

The following entities were served by first class mail on Oct 11, 2007.
db           +Jennifer R Nolting,    1956 Jamestown Dr,    Palatine, IL 60074-1414
aty           Alex Pirogovsky,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
               Chicago, IL   60602
aty          +Jeffrey S Harris,    1701 S First Avenue,    Suite 204,    Maywood, IL 60153-2400
tr            R Scott Alsterda,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
               Chicago, IL   60602
9092116      +Alexian Brothers Behavioral Health Hosp.,     1600 Moon Lake Blvd.,    Hoffman Estates, IL 60169
9092115      +Attorneys Serving You LLC,    1701 S 1st Ave Ste 204,    Maywood, IL 60153-2400
9092117      +August Ebeling,    1956 Jamestown Dr.,    Palatine, IL 60074-1414
11068971     +Bank of America N A,    Attn Mr M-BK,    P O BOX 53160,    Phoenix, AZ 85072-3160
9092118      +Baxter Credit Union,    400 North Lakeview Parkw,    Vernon Hills, IL 60061-1854
9092119      +Baxter Ecu,    1425 Lake Cook Rd,    Deerfield, IL 60015-5213
9092120      +Bennett H. Plotnick M.D.,    1725 W. Harrison Suite 204,    Chicago, IL 60612-3817
9092121      +Central Ind Collections,    Po Box 4779,    Bloomington, IN 47402-4779
9092122       David Kanarek M.D.,    Grove Med. Center RFD 4160, Suite 101,    Long Grove, IL   60047
9092123      +Elgin Mental Health Center,    401 S. Spring St.,    Springfield, IL 62765-0001
9092124      +Forest Health System, Inc.,    555 Wilson Lane,    Des Plaines, IL 60016-4729
9092125      +Fred Halloran M.D.,    1015 S. Evergreen Ave.,    Arlington Heights, IL 60005-3144
9092126      +George Motto M.D.,    2010 S. Arlington Heights Rd. #209,    Arlington Heights, IL 60005-4144
9092127     ++++HIGHLAND PARK HOSPITAL,    777 PARK AVE W,    HIGHLAND PARK IL   60035-2497
              (address filed with court: Highland Park Hospital,    718 Glenview Av.,
               Highland Park, IL   60035)
9092128      +Illinois Department Of Human Services,    C/O Illinois Attorney General,
               100 W. Randolph, Rm 13-204,    Chicago, IL 60601-3218
9092129      +Immediate Care Center,    P.O. Box 742518,    Cincinnati, OH 45274-2518
9092130      +Irene Metro M.D.,    1639 Orrington,    Evanston, IL 60201-3803
9092131      +Joel E. Goodnough M.D.,    121 S. Wilke Rd. Suite 606,    Arlington Heights, IL 60005-1529
9092132      +Judith Holmes, PhD,    P.O. Box 47,    Lanark, IL 61046-0047
9092133      +Jvdb Asc,    330 S Wells Street Suite 1300,    Chicago, IL 60606-7105
9092134      +Kathleen Johnson M.D.,    P.O. Box 704,    Michigan City, IN 46361-0704
9092135      +Lea Kioutas M.D.,    985 S. Buffalo Grove Rd.,    Buffalo Grove, IL 60089-3702
9092136      +Lutheran General Hospital,    1775 Dempster,    Park Ridge, IL 60068-1174
9092137      +MBNA America-Platinum VISA Card,    P.O. Box 15019,    Wilmington, DE 19886-5019
9092138      +Merchants Cr,    223 W Jackson St Suite 900,    Chicago, IL 60606-6993
9092139      +Monogram Bank N America,    Po Box 17054,    Wilmington, DE 19884-0001
9092147      +NORTHWEST MEMORIAL HOSP,    212 E SUPERIOR ST,    CHICAGO, IL 60611-2914
9092114      +Nolting Jennifer R,    1956 Jamestown Dr,    Palatine, IL 60074-1414
9092140       Norman A. Chapman M.D.,    49-51 Sherwood Terrace, #49P,    Lake Bluff, IL   60044
9092141      +North Shore Radiological Service,    P.O. Box 888  Ext. 238,    Skokie, IL 60076-0888
9092142      +North Suburban Imaging Group,    641 E. Butterfield Rd., Suite 407,    Lombard, IL 60148-5605
9092143      +Northbrook Fire Department,    740 Dundee Rd.,    Northbrook, IL 60062-2704
9092144      +Northwest Community Healthcare,    3060 Salt Creek Ln, # 110,    Arlington Heights, IL 60005-5027
9092145      +Northwest Community Hospital,    C/O Grabowski & Greene,    PO Box 597814,    Chicago, IL 60659-7814
9092146      +Northwest Family Physicians,    1700 W. Central Av.,    Arlington Heights, IL 60005-2474
9092148      +Parkside Magnetic Resonance Center,    1875 Dempster St. Suite G06,    Park Ridge, IL 60068-1115
9092149      +Richard Horevitz Ph. D.,    445 E. Ohio,Suite 410,    Chicago, IL 60611-4676
9092150      +Robert Shulman M.D.,    425 Huehl Rd. Bldg. 8,    Northbrook, IL 60062-2323
9092151      +Rush North Shore Medical Center,    9600 Gross Point Rd,    Skokie, IL 60076-1257
9092152      +Rush North Shore Medical Ctr,    C/O Grabowski Law Ctr, LLC,    2800 S. River Rd., Ste. 410,
               DesPlaines, IL 60018-6005
9092153      +Sandra H. Garretson, M.D.,    3295 N. Arlington Heights Rd., Suite 107,
               Arlington Heights, IL 60004-1588
9092154      +Sterling Practice Management Group Of FL,    P.O. Box 88524,    Chicago, IL 60680-1524
9092155      +Suburban Ear Nose & Throat Assoc.,    1100 W. Central Rd., Suite 202,
               Arlington Heights, IL 60005-2465
9092156      +Thomas Frost, M.D.,    8780 W. Golf Rd. Suite 202,    Niles, IL 60714-5608
9092157      +University Anesthesiologists, S.C.,    P.O. Box 128,    Glenview, IL 60025-0128

The following entities were served by electronic transmission on Oct 10, 2007.
11068971     +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 10 2007 04:35:11      Bank of America N A,
               Attn Mr M-BK,    P O BOX 53160,    Phoenix, AZ 85072-3160
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           R Scott Alsterda,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
                Chicago, IL   60602
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Oct 09, 2007
Case: 05-11087                Form ID: pdf002          Total Served: 49
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 11, 2007**                    **Signature:**    *Joseph Speetjens*