UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JENNIFER NOLTING, | ) | CASE NO.  05 B 11087 |
| | ) | |
| Debtor. | ) | HONORABLE JACQUELINE P. COX |

### NOTICE OF FILING OF U.S. TRUSTEE'S
### MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT

**To:**  R. Scott Alsterda, Trustee
Registrant's e-mail: rsalsterda@uhlaw.com

**Please Take Notice** that on **Tuesday, March 24, 2009**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

WILLIAM T. NEARY
UNITED STATES TRUSTEE


DATED:   March 24, 2009            BY: /s/ Denise DeLaurent
                                   Denise DeLaurent, Attorney
                                   OFFICE OF THE U.S. TRUSTEE
                                   219 SOUTH DEARBORN, ROOM 873
                                   CHICAGO, ILLINOIS  60604
                                   (312) 886-3326

### CERTIFICATE OF SERVICE

I, Denise A. DeLaurent, an attorney, state that pursuant to Local Rule 9013-3(D) the above U.S. Trustee's Memorandum of Review of the Trustee's Final Account was filed on March 24, 2009, and served on all parties identified as Registrants on the service list above through the Court's Electronic Notice for Registrants on March 24, 2009.

/s/ Denise DeLaurent